UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 13-537-RMB

STEPHANIE MITCHELL :

MOTION TO FILE DOCUMENTS UNDER SEAL

The defendant, Stephanie Mitchell, by her attorney, Anna M. Durbin, moves this Court, for an Order to File the Enclosed Documents Under Seal, and states in support:

1. The Enclosed Letter and Exhibits contain sensitive and private information about Defendant and her minor children.

2. This information is of the same nature as that obtained by the Presentence Investigator on behalf of the Court for the Presentence Report. Presentence Reports are considered confidential and are not filed in the public record.

WHEREFORE, the defendant, by her attorney, prays that this Court enter an Order granting her motion to file the enclosed documents Under Seal.

Respectfully submitted,

Dated: December 12, 2014

s/Anna M. Durbin
Anna M. Durbin
Attorney for Stephanie Mitchell

CERTIFICATE OF SERVICE

I certify that on December 12, 2014, I caused to be served by email the attached Motion To File Documents Under Seal and Request for Extension of Surrender Date with Exhibits on the attorney for the government at her address below:

    Deborah J. Gannett, Esq.
    Assistant United States Attorney
    Office of the US Attorney
    970 Broad Street
    Room 700
    Newark, NJ 07102

    Email: deborah.gannett@usdoj.gov

_____
Anna M. Durbin